JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
K. NICHOLAS PORTZ
Special Assistant United States Attorney
Nevada Bar Number 12473
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Nick.Portz@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00113-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| | **(FirstRequest)** |
| TOMMY GHOLSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason Frierson, United States Attorney, District of Nevada, K. Nicholas Portz, Special Assistant United States Attorney ("SAUSA") representing the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Esq., representing Defendant Tommy Gholson, that the Sentencing Hearing currently scheduled for January 10, 2023, in the above captioned matter, be vacated and continued for no less than two weeks to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The undersigned counsel for government's SAUSA position concludes on January

9, 2023. At that time, this case will be reassigned to another attorney for the government who will require additional time to become familiar with the case in order to file the appropriate memoranda prior to sentencing as well as to prepare for argument at sentencing. Undersigned counsel has discussed the scheduling conflict with defense counsel and the parties have agreed to a short continuance to provide appropriate time for new government counsel to prepare for sentencing.

2. Defendant is out of custody and does not object to continuing the sentencing hearing.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 29th day of November 2022.

JASON M. FRIERSON
United States Attorney

 /s/ K. Nicholas Portz                                    /s/ Benjamin Nemec
K. NICHOLAS PORTZ                           BENJAMIN NEMEC
Special Assistant United States Attorney    Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:21-cr-00113-APG-EJY |
| Plaintiff, | ) | |
| vs. | ) | |
| TOMMY GHOLSON, | ) | **ORDER** |
| Defendant. | ) | |

  IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 10, 2023, be vacated, and continued to January 31, 2023 at 1:30 p.m. in Las Vegas Courtroom 6C.

  DATED this 30th day of November, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE