RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Tommy Gholson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY GHOLSON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00113-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Tommy Gholson, that the sentencing hearing scheduled for January 31, 2023 at 1:30 pm, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to investigate and prepare mitigation for Mr. Gholson's sentencing.

2. Mr. Gholson is not incarcerated and agrees to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for the purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively investigate and possibly litigate any issues.

This is the second stipulation to continue filed herein.

DATED this 23rd day of January, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ Benjamin F. J. Nemec*<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMMY GHOLSON,<br><br>    Defendant. | Case No. 2:21-cr-00113-APG-EJY<br><br>ORDER |

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Tuesday, January 31, 2023 at 1:30 p.m., be vacated and continued to March 7, 2023, at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 24th day of January 2023.

_____
UNITED STATES DISTRICT JUDGE