JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY GHOLSON,<br><br>Defendant. | Case No.  2:21-cr-00113-APG-EJY<br><br>**Stipulation to Continue Sentencing Hearing**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. Nemec, Assistant Federal Public Defender, counsel for Tommy Gholson, that the Sentencing Hearing currently scheduled on Tuesday, March 7, 2023, at 1:30 p.m., be vacated and continued to a time convenient to the Court but no sooner than 7 days. This Stipulation is entered into for the following reasons:

    1.    The government attorney will be out of the district for the current scheduled sentencing date and time.

    2.    The Defendant is out of custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Under Rule 32(b) of the Federal Rules of Criminal Procedure, the district court must impose sentence without unnecessary delay. The government's request to continue sentencing is necessary for the government to adequately prepare and be present at the defendant's sentencing hearing.

5. This is the third request for continuance filed herein.

DATED this 21st day of February, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| _/s/ Bianca R. Pucci_<br>BIANCA R. PUCCI<br>Assistant United States Attorney | _/s/ Benjamin F. Nemec_<br>BENJAMIN F. NEMEC<br>Assistant Federal Public Defender<br>Attorney for Defendant Tommy Gholson |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00113-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| TOMMY GHOLSON, | |
| Defendant. | |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1. The government attorney will be out of the district for the current scheduled sentencing date and time.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Under Rule 32(b) of the Federal Rules of Criminal Procedure, the district court must impose sentence without unnecessary delay. The government's request to continue sentencing is necessary for the government to adequately prepare and be present at the defendant's sentencing hearing.

5. This is the third request for continuance filed herein.

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on Tuesday, March 7, 2023 at the hour of 1:30 p.m., be vacated and continued to March 22, 2023 at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 22nd day of February, 2023.

_____
Honorable Judge Andrew P. Gordon