UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00113-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| TOMMY GHOLSON, | |
| Defendant. | |

Pending before the Court is Defendant Tommy Gholson's Motion seeking copies of his sentencing and violation transcripts, as well as the docket sheet in this matter.  ECF No. 106.

"The Court is empowered to order the production of a transcript at the Court's expense only under certain circumstances."  *United States v. Walpole*, Case No. 1:22-CR-00161 JLT BAM, 2025 WL 1079089, at \*1 (E.D. Cal. Apr. 10, 2025).  For example, the Court may "fund the production of a transcript in connection with a motion for post-conviction relief brought under 28 U.S.C. § 2255, but only 'if the trial judge or circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.'"  *Id*. quoting 28 U.S.C. 753(f).  But even so, a federal prisoner does not have an absolute right to transcripts of his criminal proceedings in order to prepare a § 2255 motion.  *United States v. MacCollum*, 426 U.S. 317 (1976).  Here, Defendant did not appeal the revocation of supervised release, nor is he seeking any other form of post-conviction relief.  Accordingly, there is no legal basis for the Court to order the production of the documents Defendant is seeking.

Defendant may request production at his own expense by contacting the Clerk of Court by mail at 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, so long as he is able to pay the costs established by statute at 28 U.S.C. § 1914(b) and the Judicial Conference Schedule of Fees, subsection 4(a): For reproducing any record and providing a copy in paper form, $.50 per page.

1

Accordingly, IT IS HEREBY ORDERED that Defendant Tommy Gholson's Motion for Sentencing Transcripts, Docket Sheet, and Violation Transcripts (ECF No. 106) is DENIED without prejudice.

Dated this 21st day of May, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2